IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. HARRY D. WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 13-CV-496 TCK-FHM |
| | ) | |
| 1. MENTAL HEALTH ASSOCIATION IN TULSA, INC., a not for profit Corporation, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

JOINT STIPLULATION OF DISMISSAL
OF DEFENDANT MENTAL HEALTH ASSOCIATION IN TULSA, INC.

COME NOW Plaintiff, Harry Walker and Defendant, Mental Health Association in Tulsa, Inc., pursuant to Rule 41(a)(1)(ii), and make the following joint stipulation of dismissal without prejudice of Plaintiff's claims against Defendant Mental Health Association in Tulsa, Inc:

WHEREFORE, premises considered, Plaintiff, Harry Walker, and Defendant, Mental Health Association in Tulsa, Inc., respectfully request that the court dismiss Plaintiff's claims against Defendant without prejudice.

*Respectfully submitted*,


/s/Amber Peckio Garrett
D. Mitchell Garrett, OBA# 20704
Amber Peckio Garrett, OBA# 19908
GARRETT LAW CENTER, PLLC
P.O. Box 1349
Tulsa, Oklahoma 74103
Telephone:  (918) 895-7216
Facsimile:  (918) 895-7217
Email:  amber@garrettlawcenter.com
**ATTORNEYS FOR PLAINTIFFS**


/s/J. Patrick Cremin
(signed with permission of counsel)
J. Patrick Cremin, OBA #2013
Johnathan L. Rogers, OBA#21341
HALL, ESTILL, HARDWICK,
   GABLE, GOLDEN & NELSON
320 S. Boston Avenue, Suite 200
Tulsa, OK 74103
pcremin@hallestill.com
jrogers@hallestill.com
**ATTORNEYS FOR DEFENDANTS**